# EXHIBIT 2

| Product Name[1] | Arsenic (total, ppb) | Arsenic (inorganic, ppb) | Lead (ppb) | Cadmium (ppb) | Mercury (ppb) | Perchlorate (ppb) |
|---|---|---|---|---|---|---|
| Gerber Rice Single Grain Cereal | 106 | 74 | 3.9 | 11.1 | 1.79 | 4.6 |
| Gerber MultiGrain Cereal - Sitter 2nd Foods | 37 | 31 | 5.3 | 26.2 | 0.367 | 8.7 |
| Gerber Oatmeal Single Grain Cereal | 26.9 | --[2] | 3 | 13 | < 0.281 | 7.7 |
| Gerber Barley Single Grain Cereal - Supported Sitter 1st Foods | 10.6 | -- | 3 | 13.7 | < 0.279 | 3.3 |
| Gerber Whole Wheat Whole Grain Cereal - Sitter 2nd Foods | 40.6 | 39 | 5.5 | 50.8 | < 0.14 | 4.2 |
| Gerber Good Start Gentle HM-O and Probiotics Infant Formula with iron; Milk Based Powder - Stage 1, birth to 12 months | 5.2 | -- | 0.9 | < 0.5 | < 0.14 | -- |
| Gerber Diced Carrots Veggie Pick-Ups | < 2.2 | -- | 11.8 | 27.7 | 0.223 | -- |
| Gerber Carrot - Sitter 2nd Food | < 2.2 | -- | 9.4 | 31.4 | 0.214 | -- |
| Gerber Carrot - Supported Sitter 1st Foods | < 2.2 | -- | 11 | 42.2 | 0.248 | -- |
| Gerber Sweet Potato Supported Sitter 1st Foods Tub | 2.4 | -- | 20.3 | 4.7 | < 0.139 | -- |
| Gerber Sweet Potato - Sitter 2nd Food | 3.9 | -- | 29.3 | 5.8 | < 0.138 | -- |
| Gerber Sweet Potato - Supported Sitter 1st Foods | 6.9 | -- | 14.6 | 3.5 | < 0.138 | -- |
| Gerber Pea - Sitter 2nd Foods | < 2.2 | -- | 0.7 | < 0.5 | < 0.14 | -- |
| Gerber Green Bean - Sitter 2nd Foods | < 2.1 | -- | 0.8 | 2.8 | < 0.135 | -- |
| Gerber Green Bean - Supported Sitter 1st Foods | < 2.2 | -- | 0.7 | 0.6 | < 0.142 | -- |

---

[1] HEALTHY BABIES BRIGHT FUTURES, *What's In My Baby's Food?*, https://www.healthybabyfood.org/sites/healthybabyfoods.org/files/2019-10/BabyFoodReport_FULLREPORT_ENGLISH_R5b.pdf (hereinafter, "Healthy Babies Bright Futures Report"); https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2021-02-04%20ECP%20Baby%20Food%20Staff%20Report.pdf ("House Report").

[2] "--"indicates that analysis was not performed by Healthy Babies Bright Futures.

| Product | | | | | | |
|---|---|---|---|---|---|---|
| Gerber Banana - Sitter 2nd Foods | < 2.1 | -- | < 0.5 | < 0.5 | < 0.135 | -- |
| Gerber Peach - Sitter 2nd Foods | 7.3 | -- | 2.4 | 2.1 | 0.142 | -- |
| Gerber Pear - Sitter 2nd foods | 4.2 | -- | 1.1 | 2.5 | 0.169 | -- |
| Gerber Organic Mango Apple Carrot Kale - Sitter 2nd Foods | 3.3 | -- | 1.1 | 11.4 | 0.212 | -- |
| Gerber Carrot Pear Blackberry - Sitter 2nd Foods | 2.7 | -- | 3.6 | 18.2 | < 0.141 | -- |
| Gerber Organic Apple Blueberry Spinach - Sitter 2nd Foods | 5 | -- | 1.5 | 1.8 | < 0.141 | -- |
| Gerber Apple Sweet Potato with Cinnamon - Toddler 12+ months | < 2.2 | -- | 3.1 | 0.7 | < 0.139 | -- |
| Gerber Carrot Sweet Potato Pea - Sitter 2nd Foods | 2.4 | -- | 6.7 | 2.1 | < 0.137 | -- |
| Gerber Apple Juice from Concentrate - Toddler 12+ months | 3.1 | -- | 2.1 | < 0.5 | < 0.137 | -- |
| Gerber Apple Prune Juice from Concentrate - Toddler 12+ months | 5.6 | -- | 3.3 | < 0.5 | < 0.136 | -- |
| Gerber Variety Pack Juices from Concentrate - White Grape | 9.9 | -- | 11.1 | < 0.5 | < 0.135 | -- |
| Gerber Pear Juice from Concentrate 100% Juice - Toddler 12+ months | 4 | -- | 1.1 | 0.9 | < 0.136 | -- |
| Gerber Mashed Potatoes & Gravy with Roasted Chicken and a Side of Carrots - Toddler | < 2.2 | -- | 2.4 | 17.5 | < 0.139 | -- |
| Gerber Chicken Rice Dinner - Sitter 2nd Foods | 19.1 | -- | 2.3 | 8.9 | < 0.236 | -- |
| Gerber Turkey Rice Dinner - Sitter 2nd Foods | 6.2 | -- | 5.2 | 3.4 | < 0.139 | -- |
| Gerber Lil' Sticks Chicken Sticks - Toddler | < 2.2 | -- | 3.5 | 2.3 | < 0.138 | -- |
| Gerber Beef and Gravy 2nd Foods | < 2.1 | -- | 2.1 | < 0.5 | 0.251 | -- |
| Gerber Ham and Gravy 2nd Foods | < 2.2 | -- | 1 | < 0.5 | < 0.141 | -- |
| Gerber Puffs Banana Cereal Snack - Crawler 8+ months | 44.5 | -- | 9.2 | 16 | 0.376 | -- |

| Product | | | | | | |
|---|---|---|---|---|---|---|
| Gerber Teether Wheels - Apple Harvest - Crawlers | 51.5 | -- | 2.1 | 3.8 | 0.588 | -- |
| Gerber Yogurt Blends Strawberry Snack - Crawler 8+ months | < 2.1 | -- | 1 | < 0.5 | < 0.135 | -- |
| Gerber Fruit & Veggie Melts - Truly Tropical Blend - Freeze-Dried Fruit & Vegetable Snack - Crawler, 8+ months | 22.6 | -- | 12.2 | 26.8 | 0.455 | -- |
| Gerber Arrowroot Biscuits - Crawler 10+ months | 13.1 | -- | 12.5 | 25.9 | < 0.279 | -- |