# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Kathleen Keeter, et al | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:21cv269 (Lead)<br>)<br>) |
| Gerber Products Company | )<br>) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on November 18, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, Gerber Products Company.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
    D. Van Metre
    Deputy Clerk

Dated: 11/18/2022
Alexandria, Virginia